CHARLES S. ROBERTS, Respondent, v. JAMES H. MCGRAW, JR., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.; Peck, P. J., taking no part. Settle order on notice.

SYLVIA BRAUER, Respondent, v. LOUIS H. BRAUER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

MARGARET L. SCHLOSSMANN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

MOLLIE RICCO, Respondent, v. 926 MORRIS AVENUE CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

ANNA EZZIE et al., Respondents, v. I. L. COHEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

TOZAI KOEKI KAISHA, LTD., Respondent, v. TRANS-AMERICA INDUSTRIES, INC., et al., Defendants, and HUDSON SHIPPING CO., INC., et al., Appellants.— Order unanimously modified so as to limit examination of the appellants to their alleged participation in the transactions, false reports and documents involved. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

TOZAI KOEKI KAISHA, LTD., Appellant, v. TRANS-AMERICA INDUSTRIES, INC., et al., Defendants, and UNEX CREDIT CORPORATION, Respondent.— Orders unanimously modified so as to provide for examination of the witnesses in Japan by written interrogatories, with leave to respondents to apply for further relief, if necessary, after return of the interrogatories. It does not appear that the examination of the witnesses in Japan cannot be satisfactorily conducted on the basis of written interrogatories and without an open commission and the expense thereof. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ. [See post, p. 873; 283 App. Div. 656.]

MARATHON PICTURES CORPORATION, Respondent, v. PRC PICTURES, INC., et al., Defendants, and EAGLE LION FILMS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.